**Anton Baruski, executor of estate of Wacklow Mankavick, deceased, appellant, v. Stanley Warnis and Theresa Warnis, appellees. Gen. No. 40,394.**

Opinion filed April 24, 1939.
Arthur V. Goebel and George Spitz, for appellant; John M. Kanne, of counsel. Harry I. Parsons, for appellees; William J. Drennan, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.